UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA LUTSUK, | No. 2:25-cv-03081-TLN-CSK |
| Plaintiff, | |
| v. | **ORDER** |
| CENTRAL INTELLIGENCE AGENCY, | |
| Defendant. | |

Plaintiff Alicia Lutsuk ("Plaintiff") is proceeding *pro se* in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On February 27, 2026, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 3).  No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 3) are ADOPTED IN FULL;

2.    Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;

1

3.      Plaintiff's Complaint (ECF No. 1) is DISMISSED without leave to amend; and

4.      The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Date: April 6, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE